STATE OF NEW JERSEY v. JAMES LEE SMITH.

June 8, 1982.

Petition for certification denied.

MARY MAXINE SALVATO v. THE ESTATE OF ANDREW
A. ANDERSON.

June 8, 1982.

Petition for certification denied.

HILLTOP ASSOCIATES v. MAYOR & COUNCIL OF THE
TOWNSHIP OF EDISON.

June 8, 1982.

Petition for certification denied.   (See 181 *N.J.Super.* 100)

NEW JERSEY STATE PAROLE BOARD v. ROBERT BUTLER.

June 8, 1982.

Petition for certification denied.